UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| E.R.J.B.,<br><br>        Petitioner,<br><br>   v.<br><br>WOFFORD et al.,<br><br>        Respondents. | No. 1:25-cv-01843-WBS-SCR<br><br><br>ORDER |

----oo0oo----

       Petitioner E.R.J.B. last night filed a Petition for a Writ of Habeas Corpus (Docket No. 1), along with a Motion for a Temporary Restraining Order (Docket No. 2), and a Motion to Proceed Under a Pseudonym (Docket No. 3).  On or before the close of court business on December 17, 2025, the United States shall file its response to both motions, and petitioner shall file a document under seal setting forth his full true name and any other information necessary to identify him.  The court will hear oral arguments of counsel on the motions, in person, at 2:00

1

p.m., on December 18, 2025.

Dated:   December 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE