Natalia Vieira Santanna
CA Bar No. 337502
MI Bar No. P76443
SANTANNA LAW OFFICES
PO Box 7528, Oakland, CA 94601
(510) 922-0154 (Telephone)
natalia@santannalaw.com (Email)
Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.R.J.B.,<br><br>   Petitioner,<br><br> v.<br><br>Minga WOFFORD, et al.<br><br>   Respondents. | No. 1:25-cv-01843-WBS-SCR (HC)<br><br>**ORDER REQUEST TO SEAL DOCUMENT** |

**ORDER**

Upon review, Petitioner's Request to Seal Document is GRANTED. IT IS SO ORDERED.

Dated: December 17, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1